**Virgil CALDWELL, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor, Respondent.**

No. 02–4080.

United States Court of Appeals, Sixth Circuit.

Feb. 4, 2003.

Before MARTIN, Chief Circuit Judge; MERRITT and LAY, Circuit Judges.*

*ORDER*

The petitioner seeks review of the decision of the Benefits Review Board denying his claim for black lung benefits. The Director, Office of Workers' Compensation Programs, concedes that the evidence in the record does not rebut the presumption that the petitioner's disability arose out of his coal mine employment and that the petitioner is entitled to benefits. The Director now moves for a remand for the payment of benefits.

The motion to remand is **GRANTED,** and the decision of the Benefits Review

---

* The Honorable Donald P. Lay, Circuit Judge of the United States Court of Appeals for the Eighth Circuit, sitting by designation.

**736**

Board is vacated and this case is remanded for an award of benefits.